UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LATESHA HENDERSON, ET AL          CIVIL ACTION

VERSUS                            NO. 11-39

MAJOR JOE TURNER, ET AL           SECTION "C" (4)

ORDER AND REASONS

IT IS ORDERED that the plaintiffs' motion in limine to suppress testimony and evidence is GRANTED. Rec. Doc. 29. Calvin Dawkins is not a party to this action, and no meaningful explanation as to the relevance of evidence pertaining to this non-party has been provided.

New Orleans, Louisiana, this 12th day of March, 2012.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE