UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LATESHA HENDERSON and<br>CALVIN HENDERSON | * <br> * <br> * <br> * | CIVIL ACTION NO: 11-39 HGB/KWR <br><br> JUDGE HELEN G. BERRIGAN |
| v. | * <br> * | MAGISTRATE KAREN WELLS ROBY |
| MAJOR JOE TURNER,<br>SARGENT COVINGTON, SARGENT OWENS,<br>COLONEL SMITH, and<br>STATE OF LOUISIANA THROUGH<br>LOUISIANA DEPARTMENT OF<br>PUBLIC SAFETY AND CORRECTIONS<br>DIXON CORRECTIONAL INSTITUTE<br>* * * * * * * * * * * * * * * | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | |

**PLAINTIFFS' MOTION SEEKING RECONSIDERATION OF
MAGISTRATE JUDGE RULING "ORDER" [105]**

NOW INTO COURT through undersigned counsel comes the Plaintiffs who pursuant to 28 USC § 636 (A), respectfully urge this Court to grant reconsideration of the June 6, 2012, *Order* [105] wherein the Magistrate Judge entered a ruling on the *Plaintiffs' Motion to Compel* [34]. Plaintiffs pursuant to 28 USC § 636 (A), respectfully urge this Court to grant reconsideration of the *Order* as clearly erroneous or contrary to law as more clearly set forth in the memorandum in support of this motion.

                                                                                                                                   Respectfully submitted:

                                                      s/Donna Grodner
                                                      Donna U. Grodner (20840)
                                                      Marcus J. Plaisance (33316)
                                                      GRODNER & ASSOCIATES
                                                      2223 Quail Run, B-1
                                                      Baton Rouge, Louisiana 70808
                                                      (225) 769-1919 FAX 769-1997

                                                      John L. Tyler (19193)
                                                      TYLER & POSSA, APLC
                                                      3225 Broussard Street
                                                      Baton Rouge, Louisiana 70808
                                                      (225) 343-8313 FAX 344-8353

CERTIFICATE

    I hereby certify that on June 18, 2012, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel named below by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the parties marked non-CM/ECF participants: none.

                                                 s/Donna Grodner
                                               Donna U. Grodner (20840)
                                               GRODNER & ASSOCIATES
                                               2223 Quail Run, B-1
                                               Baton Rouge, Louisiana 70808
                                               (225) 769-1919 FAX 769-1997
                                               Email:   dgrodner@grodnerlaw.com