UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**LATESHA HENDERSON, ET AL**                                   **CIVIL ACTION**

**VERSUS**                                                     **NO. 11-39**

**MAJOR JOE TURNER, ET AL**                                    **SECTION: "C" (4)**

### ORDER AND REASONS

Before the Court is plaintiffs' motion in limine to exclude defendants' exhibits for failure to produce many of them during discovery or on the basis of hearsay or relevance. Rec. doc. 183. Defendants oppose this motion. Rec. Doc. 193. Having considered the record, the memoranda of counsel and the law, the Court rules as follows.

IT IS ORDERED:

1. Plaintiffs' motion to strike defense exhibit #6, Approved visitation list of Inmate Dawkins is DENIED. Plaintiffs concede that the list was provided before the discovery deadline.

2. Plaintiffs' motion to strike defense exhibit #11 is MOOT. The Court has already ruled on the admissibility of this exhibit. Rec. Doc. 168, p. 4-5. (Exhibit was originally produced to the Court in Rec. Doc. 162 as an exhibit accompanying the motion in Rec. Doc. 138).

3. Plaintiffs' motion to strike exhibits #17-#24 is GRANTED.  Defendants agree not to

1

use the exhibits as direct evidence during trial. Rec. Doc. 193, p. 3.  Any objection to their use for impeachment purposes may be raised at trial.

    4. Plaintiffs' motion to strike exhibit #25 is GRANTED IN PART and DENIED IN PART.  Defendants respond to plaintiffs' motion by stating that any pictures to be used from exhibit #25 will only be used as "demonstrative evidence" and that Exh. 25 was disclosed because it was included in their exhibit list. Rec. Doc. 193, p. 3.  Defendants will be limited to use of exhibit #25 as "demonstrative evidence" at trial.

    New Orleans, Louisiana this 26th day of February, 2013.

**HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**